1  Wyeth E. Burrows (State Bar No. 203851)
   Wburrows@wshblaw.com
2  Steven D. Stutsman (State Bar No. 271339)
   sstutsman@wshblaw.com
3  William Marshall Grasty (State Bar No. 333775)
   wgrasty@wshblaw.com
4  **WOOD, SMITH, HENNING & BERMAN LLP**
   501 West Broadway, Suite 1200
5  San Diego, California 92101
   Phone: 619-849-4900 ♦ Fax: 619-849-4950
6
7  Attorneys for Defendants CHANDRA SNEAD; SMOOTH OPERATION
   TRANSPORTATION, INC.

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

| | |
|---|---|
| 11 MARLENE FERNANDEZ, an individual, | Case No. |
| 12 | Complaint filed:  03/03/21 |
| 13        Plaintiff, | Superior Court Case No. CVRI2101186 |
| 14     v. | **DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| 15 CHANDRA SNEAD, an individual; SMOOTH OPERATION TRANSPORTATION, INC., a Maryland corporation; and DOES 1 TO 20, | |
| 16 | |
| 17 | |
| 18        Defendants. | |

19        **TO THE CLERK FOR THE UNITED STATES DISTRICT COURT**

20 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION,**

21 **AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22        **PLEASE TAKE NOTICE** that Defendants CHANDRA SNEAD and

23 SMOOTH OPERATION TRANSPORTATION, INC. ("SMOOTH OPERATION")

24 (collectively, "Defendants") hereby **REMOVE** the above-referenced action from the

25 Superior Court of the State of California, County of Riverside to the U.S. District

26 Court for the Central District of California – Eastern Division pursuant to 28 U.S.C

27 §§ 1332 and 1441 (based on diversity of citizenship jurisdiction).

28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

# I.      **JURISDICTION**

1.      Federal courts have limited jurisdiction, and are constrained by "Congress and by the Constitution[] in the subject matter of cases [they] may adjudicate."  *Polo v. Innoventions Int'l, LLC*, 833 F.3d 1193, 1196 (9th Cir. 2016). Where a suit has been filed in state court, Congress has authorized removal to federal court where, *inter alia*, complete diversity exists and the amount in controversy exceeds $75,000.  *See* 28 U.S.C. §§ 1332(a), 1441(a).

2.      Complete diversity exists where "the citizenship of each plaintiff is diverse from the citizenship of each defendant."  *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).  The citizenship of an individual is determined by the individual's domicile—the "permanent home, where [the individual] resides with the intention to remain or to which [the individual] intends to return."  *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).  A corporation is a citizen of the state in which it is incorporated and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1).  A corporation's principal place of business is the place where the corporation's officers "direct, control, and coordinate the corporation's activities."  *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

3.      The defendant bears the burden of demonstrating removal is proper, and thus establishing federal subject matter jurisdiction.  *See Acad. of Country Music v. Cont'l Cas. Co.*, 991 F.3d 1059, 1068 (9th Cir. 2021).

## A.      Complete Diversity Exists Between the Parties.

4.      Plaintiff MARLENE FERNANDEZ is an individual and citizen of the state of California.  *See* **Exhibits A** (Traffic Collision Report), **B** (Stutsman Declaration) at ¶ 4.

5.      Defendant CHANDRA SNEAD is an individual and citizen of the state of Maryland.  *See* **Exhibits A**, **B** at ¶ 5.

6.      Defendant SMOOTH OPERATION is a corporation with its principal place of business in Maryland, and is incorporated under the laws of Maryland.  *See*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

**Exhibits B** at ¶ 5, **C** (Maryland Department of Assessment & Taxation Entity Search).  Thus, SMOOTH OPERATION is a citizen of Maryland.

### B.   The Amount in Controversy is Satisfied.

7.   The Complaint is silent as to the amount of damages sought in this suit. In such a case, the defendant's notice of removal may indicate the amount in controversy.  *See* 28 U.S.C. § 1446(c)(2)(A); *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 84 (2014).  Unless contested or questioned by the Court, the amount in controversy alleged by the defendant should be accepted as true, *see Dart Cherokee*, 574 U.S. at 87, and evidence substantiating the amount in controversy is not required, *Ibarra v. Manheim Invs., Inc.*, 775 F.3d 1193, 1197 (9th Cir. 2015).  "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee*, 574 U.S. at 89.

8.   While Defendants deny any and all liability relating to Plaintiff's negligence causes of action, the amount in controversy exceeds $75,000 as required by 28 U.S.C. § 1332(a).  Plaintiff has alleged she suffered personal property damage and severe, chronic injuries that led to her hospitalization and the subsequent paralysis of all four limbs.  *See* **Exhibit B** at ¶ 6.  Plaintiff seeks to recover compensatory damages in the form of: (1) past and future pain and suffering; (2) past and future lost wages; (3) past and future loss of earning capacity; (4) past and future medical and healthcare expenses; and (5) the loss of use and value of personal property.  *See* **Exhibit E** (Summons and Complaint), Complaint at pp. 3-4.[1]  Thus, the amount in controversy is well over $75,000, and the jurisdictional threshold of 28 U.S.C. § 1332(a) has been met.

/ / /

---

[1] Due to multiple page numbering schemes, this Notice refers to Form PLD-PI-001 as pages 1-3, and Form PLD-PI-001(2) as pages 4-5.

## II.     VENUE

9.      Venue is proper in this Court because the U.S. District Court for the Central District of California – Eastern Division embraces the Superior Court of the State of California, County of Riverside—the place where the action is pending. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

## III.    TIMELINESS

10.     Generally, the notice of removal of a civil action must be filed within 30 days after receipt of the complaint and summons. *See* 28 U.S.C. § 1446(b).

11.     The instant action was filed in the Superior Court of the State of California, County of Riverside on March 3, 2021.

12.     Defendants were served with the Complaint and Summons on **May 4, 2021**. *See* **Exhibit D** (Proof of Service).  Thus, this Notice of Removal has been filed within 30 days after receipt of the Summons and Complaint in accordance with 28 U.S.C. § 1446(b): removal is timely.

## IV.    NOTICE TO STATE COURT

13.     Defendants will promptly serve a true and correct copy of this Notice of Removal on Plaintiff and file it with the Clerk of the Superior Court of the State of California, County of Riverside in accordance with 28 U.S.C. § 1446(d).

## V.     CONCLUSION

14.     Because this action involves an amount in controversy in excess of $75,000, and because the citizenship of the Plaintiff is diverse from the citizenship of each Defendant, the requirements for removal under 28 U.S.C. §§ 1332(a) and 1441(a) have been satisfied.

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

WHEREFORE, Defendants pray that the above-referenced action now pending before the Superior Court of the State of California, County of Riverside be **REMOVED** to this Court.

DATED:  June 3, 2021

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP

By:  /S/ STEVEN D. STUTSMAN

WYETH E. BURROWS
STEVEN D. STUTSMAN
WILLIAM MARSHALL GRASTY
Attorneys for Defendants CHANDRA SNEAD;
SMOOTH OPERATION TRANSPORTATION,
INC.

# EXHIBIT A

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**INJURED / WITNESSES / PASSENGERS**
CHP 555 CARS PAGE 3 (REV 11-16) OPI 080

PAGE 3 OF 7

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/03/2021 | 1459 | 9840 | 020058 | 9840-2021-00496 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | | EXTENT OF INJURY('X' ONE) | | | | | INJURED WAS ('X' ONE) | | | | | | | | | | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | | DRIVER | PASS | PED | BICYCLIST | OTHER | | PARTY NUMBER | SEAT POS | AIR BAG | SAFETY EQUIP. | | |
| | | | | | | | | | | | | | | | | | | | | |

| # | ☐ | 30 | F | ☐ | ☒ | ☐ | ☐ | | ☒ | ☐ | ☐ | ☐ | ☐ | | 2 | 1 | L | G | | 0 |

NAME / D.O.B. / ADDRESS
MARLENE FERNANDEZ (11/11/1990) 13440 SUNFLOWER CT MORENO VALLEY CA 92553

(INJURED ONLY) TRANSPORTED BY:     EMS RUN NUMBER     TAKEN TO:     TELEPHONE
AMR 341                          2021017263         RIVERSIDE UNIVERSITY HEALTH SYSTEMS     (562)758-5738

DESCRIBE INJURIES: BUMP ON HEAD, COMPOUND FRACTURE TO THE NECK, LOSS OF FEELING IN LOWER
EXTREMENITIES.                                                    ☐ VICTIM OF VIOLENT CRIME NOTIFIED

| # | ☐ | 54 | F | ☐ | ☐ | ☒ | ☐ | | ☒ | ☐ | ☐ | ☐ | ☐ | | 2 | 6 | P | G | | 0 |

NAME / D.O.B. / ADDRESS
LAURA MCKENZIE (08/08/1966) 22915 CHAMBRAY MORENO VALLEY CA 92557

(INJURED ONLY) TRANSPORTED BY:     EMS RUN NUMBER     TAKEN TO:     TELEPHONE
AMR 384                          2021017263         RIVERSIDE UNIVERSITY HEALTH SYSTEMS     (951)288-8492

DESCRIBE INJURIES:   PAIN TO NECK AND BACK

                                                                 ☐ VICTIM OF VIOLENT CRIME NOTIFIED

| # | ☐ | 22 | F | ☐ | ☐ | ☐ | ☒ | | ☒ | ☐ | ☐ | ☐ | ☐ | | 2 | 3 | L | G | | 0 |

NAME / D.O.B. / ADDRESS
KEISHA OSMARA LOPEZ (05/07/1998) 13427 SUNSWEPT CT MORENO VALLEY CA 92553

(INJURED ONLY) TRANSPORTED BY:     EMS RUN NUMBER     TAKEN TO:     TELEPHONE
AMR 384                          2021017263         RIVERSIDE UNIVERSITY HEALTH SYSTEMS     (562)200-5844

DESCRIBE INJURIES:   PAIN TO NECK AND ABDOMIN

                                                                 ☐ VICTIM OF VIOLENT CRIME NOTIFIED

| # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | | | |

NAME / D.O.B. / ADDRESS

(INJURED ONLY) TRANSPORTED BY:     EMS RUN NUMBER     TAKEN TO:     TELEPHONE

DESCRIBE INJURIES:

                                                                 ☐ VICTIM OF VIOLENT CRIME NOTIFIED

| # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | | | |

NAME / D.O.B. / ADDRESS     TELEPHONE

2

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC COLLISION REPORT**
CHP 555 PAGE 1 (REV. 04-11) OPI 060

PAGE 1 OF 7

| LOCAL REPORT NUMBER | 9840-2021-00496 |
|---|---|

| SPECIAL CONDITIONS | NUMBER INJURED | NUMBER KILLED 0 | HIT & RUN FELONY | HIT & RUN MISDEMEANOR | CITY MORENO VALLEY | JUDICIAL DISTRICT RIVERSIDE SUPERIOR | |
|---|---|---|---|---|---|---|---|

| COUNTY RIVERSIDE | REPORTING DISTRICT | BEAT 025 | DAY OF WEEK WEDNESDAY | TOW AWAY ☑ YES ☐ NO |
|---|---|---|---|---|

**LOCATION**

COLLISION OCCURRED ON: SR-60 E/B
GPS COORDINATES
MO 02/03/2021  DAY  YEAR 2021  TIME (2400) 1459
NCIC # 9840   OFFICER I.D. 020058

MILEPOST INFORMATION:
LATITUDE 33.93912°
LONGITUDE -117.21626°
PHOTOGRAPHS BY: ☐ NONE

AT INTERSECTION WITH:
☑ OR: 3000 FEET EAST OF PERRIS BOULEVARD
STATE HWY REL ☑ YES ☐ NO

| PARTY 1 | DRIVER'S LICENSE NUMBER S-530-115-001-172 | STATE MD | CLASS | VEH. YEAR 2005 | MAKE / MODEL / COLOR VOLVO TRACTOR BLK | LICENSE NUMBER 847F03 | STATE MD |
|---|---|---|---|---|---|---|---|

**DRIVER** NAME(FIRST, MIDDLE, LAST) CHANDRA SNEAD
OWNER'S NAME GDAN BOXSTER WHI ☐ SAME AS DRIVER
LICENSE NUMBER 3043828   STATE ME

STREET ADDRESS 4 MORROW COURT
OWNER'S ADDRESS SMOOTH OPERATIVE TRANSPORTATION ☑ SAME AS DRIVER

**PEDES TRAN**

| CITY / STATE / ZIP RANDALLISTON | MD 21133 | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☑ DRIVER ☐ OTHER |
|---|---|---|

**PARKED VEHICLE**

| BICY CUST | SEX F | HAIR BLK | EYES BRN | HEIGHT 5-03 | WEIGHT 142 | BIRTHDATE 03/06/1962 | RACE A | DRIVEN AWAY ☑ NONE APP. ☐ REFER TO NARRATIVE PRIOR MECH. DEFECTS |
|---|---|---|---|---|---|---|---|---|

| OTHER | HOME PHONE (410)913-8090 | BUSINESS PHONE NONE | VEHICLE IDENTIFICATION NUMBER: 4VANC9EM7FN139042 |
|---|---|---|---|

INSURANCE CARRIER GREAT WEST
POLICY NUMBER MCP45336A
VEHICLE TYPE 25   40
DESCRIBE VEHICLE DAMAGE: SHADE IN DAMAGED AREA
☐ UNK ☐ NONE ☑ MINOR
☐ MOD ☐ MAJOR ☐ ROLL-OVER

DIR OF TRAVEL E   ON STREET OR HIGHWAY SR-60
SPEED LIMIT 55
CA   CAL-T   DOT 2554816   MCMX 890549   TCP/PSC

| PARTY 2 | DRIVER'S LICENSE NUMBER E2949034 | STATE CA | CLASS C | VEH. YEAR 2010 | MAKE / MODEL / COLOR HOND CIVIC GRY | LICENSE NUMBER 7BNM458 | STATE CA |
|---|---|---|---|---|---|---|---|

**DRIVER** NAME(FIRST, MIDDLE, LAST) MARLENE FERNANDEZ
OWNER'S NAME RICARDO FERNANDO ☑ SAME AS DRIVER

STREET ADDRESS 13440 SUNFLOWER CT
OWNER'S ADDRESS ☑ SAME AS DRIVER

**PEDES TRAN**

| CITY / STATE / ZIP MORENO VALLEY | CA 92553 | DISPOSITION OF VEHICLE ON ORDERS OF: ☑ OFFICER ☐ DRIVER ☐ OTHER J & M TOWING - (951)738-9428 |
|---|---|---|

**PARKED VEHICLE**

| BICY CUST | SEX F | HAIR BLK | EYES BLK | HEIGHT 4-09 | WEIGHT 180 | BIRTHDATE 11/11/1990 | RACE H | PRIOR MECHANICAL DEFECTS ☑ NONE APP. ☐ REFER TO NARRATIVE |
|---|---|---|---|---|---|---|---|---|

| OTHER | HOME PHONE (562)758-5738 | BUSINESS PHONE NONE | VEHICLE IDENTIFICATION NUMBER: 2HGFG1B64AH518964 |
|---|---|---|---|

INSURANCE CARRIER STATE FARM
POLICY NUMBER 6588973-D12-75A
VEHICLE TYPE 01
DESCRIBE VEHICLE DAMAGE: SHADE IN DAMAGED AREA
☐ UNK ☐ NONE ☐ MINOR
☐ MOD ☑ MAJOR ☑ ROLL-OVER

DIR OF TRAVEL E   ON STREET OR HIGHWAY SR-60
SPEED LIMIT 65
CA   CAL-T   DOT   MCMX   TCP/PSC

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|

Sergio Zapata

3

# EXHIBIT B

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

## DECLARATION OF STEVEN D. STUTSMAN

I, Steven D. Stutsman, declare as follows:

1.     I am an attorney at law duly admitted to practice before the courts of the State of California.  I am a partner with WOOD, SMITH, HENNING & BERMAN LLP, attorneys of record for CHANDRA SNEAD and SMOOTH OPERATION TRANSPORTATION, INC. ("SMOOTH OPERATION") (collectively, "Defendants").  I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2.     Plaintiff filed her original complaint in this action on March 3, 2021.  The complaint alleges negligence on the part of Defendants in connection with a February 3, 2021, automobile accident.  Attached hereto as **Exhibit E** is a true and correct copy of the Summons and Complaint filed by Plaintiff MARLENE FERNANDEZ.

3.     Defendants were served with the Summons and Complaint on May 4, 2021.  A true and correct copy of the Proof of Service is attached hereto as **Exhibit D**.

4.     Upon information and belief, Plaintiff MARLENE FERNANDEZ is a citizen of the State of California who resides at 13440 Sunflower Court, Moreno Valley, California 92553, and intends to remain in California indefinitely.

5.     Upon information and belief, Defendants are citizens only of the State of Maryland.  Defendant CHANDRA SNEAD resides at 4 Morrow Court, Randallston, Maryland 21133, and intends to remain in Maryland indefinitely.  Ms. Snead directs and controls her business—SMOOTH OPERATION—from her personal residence—4 Morrow Court, Randallston, Maryland 21133.  SMOOTH OPERATION is also incorporated under the laws of Maryland.

6.     Upon information and belief, the amount in controversy in this action exceeds the $75,000 jurisdictional threshold.  Opposing counsel has represented that Plaintiff MARLENE FERNANDEZ is a quadriplegic and that her condition is

"severe and not expected to change."  Plaintiff is seeking both past and future damages related to these injuries, and although the total amount of damages in the complaint is not specified, the amount in controversy is presumed to be well over $75,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 2nd day of June, 2021, at San Diego, California.

_____
Steven D. Stutsman

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

# EXHIBIT C

## SMOOTH OPERATION TRANSPORTATION INC: D16290371

 ⚠ **Notice**                                                  ✕

If you applied for a 2-month extension prior to April 15th, the NEW deadline to file Annual Report/Personal Property Tax Return Filings is June 15th. Please do not wait until the last minute. **Please go HERE to file your Annual Report.**

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Department ID Number:**

D16290371

**Business Name:**

SMOOTH OPERATION TRANSPORTATION INC

**Principal Office:** 

4 MORROW CT

RANDALLSTOWN MD 21133

**Resident Agent:** ⓘ

CHANORA SNEAD

4 MORROW CT

RANDALLSTOWN MD 21133

**Status:**

INCORPORATED

**Good Standing:**

THIS BUSINESS IS IN GOOD STANDING

**Business Type:**

CORPORATION

**Business Code:**

03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**

11/25/2014

**State of Formation:**

MD

**Stock Status:**

STOCK

Close Status:
NO

# EXHIBIT D

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>— Robert J. Ounjian                    SBN: 210213<br>CARPENTER, ZUCKERMAN & ROWLEY<br>8827 West Olympic Blvd.<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: (310) 273-1210    FAX NO. *(Optional):* (310) 858-1063<br>E-MAIL ADDRESS *(Optional):* robert@czrlaw.com<br>ATTORNEY FOR *(Name):* MARLENE FERNANDEZ | **FOR COURT USE ONLY** |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE<br>STREET ADDRESS: 4100 Main Street<br>MAILING ADDRESS: 4100 Main Street<br>CITY AND ZIP CODE: Riverside, 92501<br>BRANCH NAME: Riverside Hall of Justice |

| |
|---|
| PLAINTIFF/PETITIONER: MARLENE FERNANDEZ<br><br>DEFENDANT/RESPONDENT: CHANDRA SNEAD, et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CIVRI2101186 |

TO *(insert name of party being served):* Defendant SMOOTH OPERATION TRANSPORTATION INC.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 30. 2021

Robert J. Ounjian
_____
(TYPE OR PRINT NAME)

▶ *Robert J. Ounjian*
_____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X] A copy of the summons and of the complaint.
2. [X] Other *(specify):* Civil Case Cover Sheet, Certificate of Counsel, Notice of Case Management Conference, Notice of Department Assignment, Riverside County Alternative Dispute Resolution Package.

*(To be completed by recipient):*

Date this form is signed: May 4, 2021
Wyeth E. Burrows, Esq. (counsel for Smooth
Operation Transportation, Inc.)
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder™

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>— Robert J. Ounjian                    SBN: 210213<br>CARPENTER, ZUCKERMAN & ROWLEY<br>8827 West Olympic Blvd.<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: (310) 273-1320    FAX NO. *(Optional):* (310) 858-1063<br>E-MAIL ADDRESS *(Optional):* robert@czrlaw.com<br>ATTORNEY FOR *(Name):* MARLENE FERNANDEZ | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 4100 Main Street<br>MAILING ADDRESS: 4100 Main Street<br>CITY AND ZIP CODE: Riverside, 92501<br>BRANCH NAME: Riverside Hall of Justice |

| | |
|---|---|
| PLAINTIFF/PETITIONER: MARLENE FERNANDEZ<br>DEFENDANT/RESPONDENT: CHANDRA SNEAD, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CIVRI2101186 |

TO *(insert name of party being served):* Defendant CHANDRA SNEAD

---

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: April 30. 2021

Robert J. Ounjian
_____
(TYPE OR PRINT NAME)

*Robert J. Ounjian*
_____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [X]  A copy of the summons and of the complaint.
2. [X]  Other *(specify):* Civil Case Cover Sheet, Certificate of Counsel, Notice of Case Management Conference, Notice of Department Assignment, Riverside County Alternative Dispute Resolution Package.

**(To be completed by recipient):**

Date this form is signed:   May 4, 2021

Wyeth E. Burrows, Esq. (counsel for Chandra Snead)
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder™ |

# EXHIBIT E

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** CHANDRA SNEAD, an individual; SMOOTH
*(AVISO AL DEMANDADO):* OPERATION TRANSPORTATION INC., a
Maryland corporation; and DOES 1 TO 20

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 0 3 2021

V. Alvarado

**YOU ARE BEING SUED BY PLAINTIFF:** MARLENE FERNANDEZ, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Riverside<br>4100 Main Street<br>Riverside, California 92501 | CASE NUMBER:<br>*(Número del Caso):*<br>CVRI **2101186** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Robert J. Ounjian
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

CARPENTER, ZUCKERMAN & ROWLEY
8827 West Olympic Blvd., Beverly Hills, CA 90211                                                    (310) 273-1230

| DATE: MAR 0 3 2021 | Clerk, by V. Alvarado | , Deputy |
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert J. Ounjian     SBN: 210213<br>CARPENTER, ZUCKERMAN & ROWLEY<br>8827 West Olympic Blvd., Beverly Hills, CA 90211<br>TELEPHONE NO.:(310) 273-1230     FAX NO.:(310) 858-1063<br>ATTORNEY FOR *(Name):*MARLENE FERNANDEZ | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>MAR 0 3 2021<br><br>V. Alvarado |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS:4100 Main Street
MAILING ADDRESS:4100 Main Street
CITY AND ZIP CODE:Riverside, 92501
BRANCH NAME: Riverside Hall of Justice

CASE NAME: FERNANDEZ v. SNEAD, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 2101186 |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CVRI<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[X] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[X] monetary  b.[ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*Two - 1) General Negligence; 2) Motor Vehicle
5. This case [ ] is  [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:March 2, 2021

Robert J. Ounjian
_____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or
toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (*not civil
harassment*) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer
or wrongful eviction*)
Contract/Warranty Breach–Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally
complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent
domain, landlord/tenant, or
foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex
case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-
domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-
harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified
above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

RE'CD MAR 0 3 2021

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert J. Ounjian    SBN: 210213<br>CARPENTER, ZUCKERMAN & ROWLEY<br>8827 West Olympic Blvd.<br>Beverly Hills, CA 90211<br>TELEPHONE NO:(310) 273-1230    FAX NO. *(Optional):*(310) 858-1063<br>E-MAIL ADDRESS *(Optional):*robert@czrlaw.com<br>ATTORNEY FOR *(Name):* MARLENE FERNANDEZ | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS:4100 Main Street
MAILING ADDRESS:4100 Main Street
CITY AND ZIP CODE:Riverside, 92501
BRANCH NAME:Riverside Hall of Justice

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 0 3 2021

V. Alvarado

PLAINTIFF: MARLENE FERNANDEZ, an individual

DEFENDANT: CHANDRA SNEAD, an individual; SMOOTH OPERATION
TRANSPORTATION INC., a Maryland corporation; and
[X] DOES 1 TO    20

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| [ ] AMENDED *(Number):* | |

Type *(check all that apply):*
[X] MOTOR VEHICLE    OTHER *(specify):*
   [X] Property Damage    [ ] Wrongful Death
   [X] Personal Injury    [ ] Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded    [ ] does not exceed $10,000<br>   [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | CVRI 2101186 |

1. **Plaintiff** *(name or names):* MARLENE FERNANDEZ, an individual
   alleges causes of action against **defendant** *(name or names):* CHANDRA SNEAD, an individual; SMOOTH OPERATION
   TRANSPORTATION INC., a Maryland corporation; and DOES 1 TO 20
2. This pleading, including attachments and exhibits, consists of the following number of pages:5
3. Each plaintiff named above is a competent adult

   FAXED

  a. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property**<br>**Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>*www.courtinfo.ca.gov*<br>Westlaw Doc & Form Builder™ |
|---|---|---|

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 311 E. Ramsey St., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ CORONA 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-CI032

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)* | FOR COURT USE ONLY |
|---|---|
| Robert J. Ounjian                SBN: 210213<br>8827 West Olympic Blvd.<br>Beverly Hills, CA 90211<br><br>TELEPHONE NO: (310) 273-1230    FAX NO *(Optional):* (310) 858-1063<br>E-MAIL ADDRESS *(Optional):* robert@czrlaw.com<br>ATTORNEY FOR *(Name):* MARLENE FERNANDEZ | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>MAR 0 3 2021<br><br>V. Alvarado |
| PLAINTIFF/PETITIONER: MARLENE FERNANDEZ | |
| DEFENDANT/RESPONDENT: CHANDRA SNEAD; SMOOTH OPERATION<br>TRANSPORTATION INC.; and DOES 1 TO 20 | CASE NUMBER:<br>CVRI   2101186 |

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92553 _____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date   March 2, 2021 _____

Robert J. Ounjian
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

Page 1 of 1

Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 08/15/13]
(Reformatted 01/07/19)

**CERTIFICATE OF COUNSEL**

Local Rule 1.0015
riverside.courts.ca.gov/localfrms/localfrms.shtml

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**    CVRI2101186

**Case Name:**    FERNANDEZ vs SNEAD

Robert John Ounjian
8827 W OLYMPIC BLVD
Beverly Hills, CA 90211

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 09/13/2021 | 8:30 AM | Department 3 |
| Location of Hearing: 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2101186

**Case Name:**   FERNANDEZ vs SNEAD

### NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Chad Firetag in Department 3  for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316).  Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml.  If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing.  If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.




Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

Dated: 03/16/2021

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by:  *Vanuna Alvarado*
_____
V. Alvarado, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

**PROOF OF SERVICE**

**Marlene Fernandez v. Chandra Snead, et al.**
**Case No. Riverside Superior Court Case No. CVRI2101186**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On June 3, 2021, I served the following document(s) described as **DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 3, 2021, at San Diego, California.

/S/ AMY S. PATRICK
Amy S. Patrick

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

**SERVICE LIST**
**Marlene Fernandez v. Chandra Snead, et al.**
**Case No. Riverside Superior Court Case No. CVRI2101186**

Robert J. Ounjian, Esq.
Carpenter, Zuckerman  & Rowley
8827 West Olympic Boulevard
Beverly Hills, CA  90211
Tel:  (310) 273-1230 | Fax:  (213) 858-1063
Email:  robert@czrlaw.com
Email:  psutliff@czrlaw.com
**Attorney for Plaintiff MARLENE**
**FERNANDEZ**

DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT