Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
Steven D. Stutsman (State Bar No. 271339)
sstutsman@wshblaw.com
Andrew Diaz (State Bar No. 325687)
adiaz@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendants CHANDRA SNEAD; SMOOTH OPERATION TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE FERNANDEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHANDRA SNEAD, an individual; SMOOTH OPERATION TRANSPORTATION, INC., a Maryland corporation; and DOES 1 TO 20,<br><br>　　　　Defendants. | Case No. 5:21-cv-00949-KK<br><br>[~~Proposed~~] AMENDED ORDER RE: STIPULATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>[Assigned for all Purposes to the Hon. Kenly Kiya Kato]<br><br>**[NOTE CHANGES MADE BY COURT]**<br><br>Action Filed:　　3/3/21 |

### ORDER

The Court, having reviewed the Stipulation for Determination of Good Faith Settlement, and good cause appearing therefore:  IT IS HEREBY ORDERED THAT:

　　1.　　The settlements entered into between Defendants CHANDRA SNEAD and SMOOTH OPERATION TRANSPORTATION, INC. and ARI LOGISTICS, LLC dba Action Enterprise Logistics and Plaintiffs MARLENE FERNANDEZ, and LAURA MCKENZIE, ~~and KEISHA LOPEZ~~, were entered into in good faith in accordance with the factors set forth in *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal.3d 488 (1985); and

2. Pursuant to *California Code of Civil Procedure*, §877.6(c), all claims as against Defendants CHANDRA SNEAD and SMOOTH OPERATION TRANSPORTATION, INC. and ARI LOGISTICS, LLC dba Action Enterprise Logistics for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault by any joint tortfeasor who was provided prior notice of the Stipulation for Determination of Good Faith Settlement, shall be barred.

**IT IS SO ORDERED.**

DATED: June 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE