Robert J. Ounjian (SBN 210213)
Michael G. Geragos (SBN 311083)
**CARPENTER & ZUCKERMAN**
8827 West Olympic Boulevard
Beverly Hills, California 90211-3613
Telephone: (310) 273-1230
Fax: (310) 858-1063

Attorneys for Plaintiff MARLENE FERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE FERNANDEZ,<br><br>       Plaintiff,<br><br>v.<br><br>CHANDRA SNEAD, ET AL.<br><br>       Defendants. | Case No.:  5:21-cv-00949-KK<br>Consolidated Case No: 5:21-01481 -KK<br>Pending Consolidated Case No: 5:22-cv-00290-DSF-KK<br><br>**NOTICE OF SETTLEMENT STATUS**<br><br>Magistrate Judge: Hon. Kenly Kiya Kato |

 **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS HEREIN:**

  **PLEASE TAKE NOTICE** that the litigants have settled this lawsuit as referenced in the filing on April 22, 2022, docket No.91. The Plaintiff Marlene Fernandez, through her counsel, filed a Notice of Settlement Status on 6/19/2022, docket

No. 96. In that filing, Plaintiff informed the Court that Plaintiff would update the Court when all settlement proceeds have been received. Since that time, Plaintiff Marlene Fernandez, through her counsel, has received all of the settlement proceeds in the matter. Plaintiff is not taking any further action as the case is deemed dismissed pursuant to the Court's April 25, 2022 order.

Dated: July 29, 2022                                CARPENTER & ZUCKERMAN

                                                   /s/ *Robert Ounjian*

                                          By:    _____
                                                 Robert Ounjian
                                                 Attorneys for Plaintiff, MARLENE
                                                 FERNANDEZ

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 8827 West Olympic Boulevard, Beverly Hills, California 90211.

On July 29, 2022, I served the attached document described as **NOTICE OF SETTLEMENT STATUS** on all interested parties in this action by the following method:

Wyeth E. Burrows, Esq.
Steven D. Stutsman, Esq.
Andrew Diaz, Esq.
wburrows@wshblaw.com
sstutsman@wshblaw.com
adiaz@wshblaw.com
dkimble@wshblaw.com
Wood, Smith, Henning & Berman, LLP
501 West Broadway, Suite 1200
San Diego, CA 92101
T: 619.849.4900
F: 619.849.4950
Attorneys for Defendants

Kevin O'Connell, Esq.
Kevinoconnell.law@gmail.com
lalaw500@gmail.com
Law Offices of Kevin O'Connell and Associates
14718 Pipeline Ave., Suite B
Chino Hills, CA, 91709
T: 909.236.7009
Attorneys for Plaintiff Laura McKenzie

Conte C. Cicala
conte.cicala@clydeco.us
Yvonne.Catig@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Fl
San Francisco, California 94111
T: 415-365-9800
F: 415-365-9801
Attorneys for Defendant ARI LOGISTICS, LLC, dba Action Enterprise Logistics

Glenanne Kennedy
glenanne.kennedy@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
T: 213-358-7600
Attorneys for Defendant ARI LOGISTICS, LLC, dba Action Enterprise Logistics

☒  **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

☒  **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

☒  **EXECUTED** on July 29, 2022, at Beverly Hills, California.


_/s/ Veronica Bustos_
Veronica Bustos